UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO TORRES OCHOA, | ) |
| | ) |
| Plaintiff, | )   3:10-cv-00483-ECR-VPC |
| vs. | ) |
| | )   **ORDER** |
| KONRAD DAVID, *et al.*, | ) |
| Defendants. | ) |

This prison civil rights action comes before the court following plaintiff's failure to pay the $350.00 filing fee in response to the court's September 14, 2010 order (docket #7). The court denied plaintiff's application to proceed *in forma pauperis* and ordered he must pay the full filing fee within thirty (30) days or his case would be dismissed. Plaintiff has not paid the filing fee in response to the order, and therefore, the action will be dismissed.

**IT IS THEREFORE ORDERED** that this action shall be **DISMISSED** without prejudice for failure to pay the filing fee.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly and close this case.

DATED this 28th day of October, 2010.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE